UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JELANI MAIDWELL,

    Plaintiff,

v.                          Case No.: 2:20-cv-00690-JLB-NPM

LEE COUNTY, LEE COUNTY
SHERIFF'S OFFICE, FURHAN DIN,
and JANE DOE,

    Defendants.
_____/

## ORDER

    Plaintiff has filed a notice of voluntary dismissal without prejudice, (Doc 11), of his claims against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice is effective immediately upon filing. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

    **ORDERED** in Fort Myers, Florida, on September 24, 2020.

*[signature]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**